1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10  LOUIS HOLLINGSWORTH,

11                  Plaintiff,

        v.

12

13  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
    REHABILITATION,

14

15                  Defendant.

**Case No. 1:17-cv-00874-LJO-SKO (PC)**

**ORDER CLOSING THE CASE DUE TO
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE**

**(Doc. 8)**

16

17          Plaintiff, Louis Hollingsworth, a state prisoner proceeding *pro se* and *in forma pauperis*,

18  filed this civil rights action pursuant to 42 U.S.C. § 1983.  On October 2, 2017, Plaintiff filed a

19  request for dismissal of this action.  (Doc. 8.)  Although not stated in Plaintiff's request, the Court

20  construes it as one made pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

21          In *Wilson v. City of San Jose*, the Ninth Circuit explained:

22          Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
            action prior to service by the defendant of an answer or a motion for summary
23          judgment.  *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
            *Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th
24          Cir. 1987)).  A plaintiff may dismiss his action so long as the plaintiff files a
            notice of dismissal prior to the defendant's service of an answer or motion for
25          summary judgment.  The dismissal is effective on filing and no court order is
            required.  *Id*.  The plaintiff may dismiss some or all of the defendants, or some
26          or all of his claims, through a Rule 41(a)(1) notice.  *Id*.; *Pedrina v. Chun*, 987
            F.2d 608, 609-10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal
27          with the court automatically terminates the action as to the defendants who are

28

1

the subjects of the notice. *Concha*, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. *Id.* (citing *McKenzie v. Davenport-Harris Funeral Home*, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. *Id.*

*Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Neither answers to Plaintiff's Complaint, nor motions for summary judgment have been filed in this case and it appears that no such documents have been served. Because Plaintiff has exercised his right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated. *See Wilson*, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiff's Rule 41(a)(1)(i) requested dismissal without prejudice.

IT IS SO ORDERED.

Dated:   __October 12, 2017__        _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE